IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SUSAN SIMUNDSON,

                Plaintiffs,           JUDGMENT IN A CIVIL CASE

v.                                          Case No. 11-cv-198-slc

PROFESSIONAL HOSPITALITY, LLC,

                Defendant.

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice and without costs to any party.

_Peter Oppeneer_ (signature)                4/26/12

Peter Oppeneer, Clerk of Court                Date